# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| **FORESITE, LLC,** | ) |
| | ) |
| Plaintiff, | ) CASE NO. 4:05cv-141-P-D |
| | ) |
| **CITY OF GREENVILLE and CITY** | ) |
| **of GREENVILLE CITY COUNCIL,** | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Upon consideration of the Joint Motion to Dismiss With Prejudice and for good cause shown, this case be, and the same hereby is, dismissed with prejudice. Each party is to bear its own costs.

This the 7th day of September, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE